IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

PAMELA JEAN SMITH                                            PLAINTIFF

V.                        Case No. 3:24-CV-00168-BBM

FRANK BISIGNANO, Commissioner,
Social Security Administration                                  DEFENDANT

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that the Commissioner's decision is AFFIRMED. Judgment is entered in favor of the Defendant.

DATED this 24th day of June 2025.

_____
UNITED STATES MAGISTRATE JUDGE